UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES EDWARD MOSLEY,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:14-cr-00208-RJJ-3

## ORDER

This matter is before the Court on the United States' oral motion for detention pending trial. Defendant James Edward Mosley, having the assistance of counsel and after being advised of his rights relating to the detention hearing, waived his right to a hearing in open court. The Court is satisfied that defendant's waiver was knowingly and voluntarily entered. Moreover, due to the nature of the charge in the indictment, defendant is subject to a statutory rebuttable presumption in favor of detention. Accordingly, the Court orders that defendant be detained pending trial. Defendant is remanded to the custody of the U.S. Marshals.

**IT IS SO ORDERED**.

Date:  December 5, 2014

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge